IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BAC LOCAL UNION 15 PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) No.07-0464-CV-W-FJG |
| MIDLAND MASONRY CONTRACTORS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

On November 20, 2007, at 2:00 p.m., the Court held a hearing regarding an award of attorneys' fees and audit costs in the present matter. Plaintiffs presented evidence regarding their attorneys' fees and audit costs; defendant failed to appear at the hearing and failed to challenge the evidence presented. Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment as to attorneys' fees and audit costs is hereby entered against defendant, Midland Masonry Contractors, Inc., and in favor of plaintiffs, as follows:

### COUNT I

1. Judgment in favor of plaintiff, BAC Local Union 15 Pension Fund, and against defendant in the amount of **ONE THOUSAND, SIX HUNDRED SIXTY-THREE AND 68/100 ($1,663.68) DOLLARS** representing reasonable attorneys' fees and **TWENTY-EIGHT THOUSAND, FOUR HUNDRED FIFTY-SIX AND 53/100 ($28,456.53) DOLLARS** representing audit costs, for a total of **THIRTY THOUSAND, ONE HUNDRED TWENTY AND 21/100 ($30,120.21) DOLLARS.**

2. Judgment in favor of plaintiff Supplemental Pension Fund, and against defendant in the amount of **SIX HUNDRED TWELVE AND 93/100 ($612.93) DOLLARS** representing reasonable attorneys' fees and **TEN THOUSAND, FOUR HUNDRED EIGHTY-THREE AND 99/100 ($10,483.99) DOLLARS** representing reasonable audit costs, for a total of **ELEVEN THOUSAND, NINETY-SIX AND 92/100 ($11,096.92) DOLLARS.**

## COUNT II

1. Judgment in favor of plaintiff, BAC Local Union 15 Welfare Fund, and against defendant in the amount of **SIX HUNDRED TWELVE AND 93/100 ($612.93) DOLLARS** representing reasonable attorneys' fees and **TEN THOUSAND, FOUR HUNDRED EIGHTY-THREE AND 99/100 ($10,483.99) DOLLARS** representing reasonable audit costs, for a total of **ELEVEN THOUSAND, NINETY-SIX AND 92/100 ($11,096.92) DOLLARS.**

## COUNT III

1. Judgment in favor of plaintiff, BAC Local Union 15 Apprenticeship and Training Fund, and against defendant in the amount of **TWENTY-NINE AND 20/100 ($29.20) DOLLARS** representing reasonable attorneys' fees and **FOUR HUNDRED NINETY-NINE AND 24/100 ($499.24) DOLLARS** representing reasonable audit costs, for a total of **FIVE HUNDRED TWENTY-EIGHT AND 44/100 ($528.44) DOLLARS.**

The Clerk of the Court shall mail this Order to Midland Masonry Contractors, Inc.,

c/o Registered Agent Haskell Britton, Jr., 100 W. Cowden, Pleasant Hope, Missouri 65725, both by first class mail and certified mail, return receipt requested.

**IT IS SO ORDERED.**

Date: 11/21/07                             **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                  Fernando J. Gaitan, Jr.
                                                    Chief United States District Judge